UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **AMANDA GEHIN**<br><br>        Plaintiff,<br>v.<br><br>**EVANS AND DIXON, LLC**<br><br>        Defendant. | **Case No. 4:14-cv-00388** |

# ENTRY OF APPEARANCE

   Comes now Steven A. Shepherd and enters his appearance on behalf of the plaintiff in this case and requests all notice as provided by law.

                                        Respectfully submitted,

                                        **LAWSON LAW CENTER LLC**


                                        /s/ Steven A. Shepherd
                                        Terry L. Lawson, Jr. MO #53203
                                        Steven A. Shepherd MO #66222
                                        700 E. 8th St., Suite 300
                                        Kansas City, Missouri 64106
                                        (816) 802-6677
                                        (816) 802-6678 FAX
                                        terry@llckc.com & steve@llckc.com
                                        **ATTORNEYS FOR PLAINTIFF**

## NOTIFICATION OF SERVICE

I hereby certify that the foregoing was served on all parties of record receiving notice via CM/ECF filing on April 30, 2014.

/s/ Steven A. Shepherd
ATTORNEY FOR PLAINTIFF