UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| AMANDA GEHIN<br><br>   Plaintiff,<br>v.<br><br>EVANS AND DIXON, LLC<br><br>   Defendant. | Case No. 4:14-cv-00388 |

## ENTRY OF APPEARANCE

Comes now Terry L. Lawson, Jr. and enters his appearance on behalf of the plaintiff in this case and requests all notice as provided by law.

Respectfully submitted,

**LAWSON LAW CENTER LLC**

/s/ Terry L. Lawson, Jr.
Terry L. Lawson, Jr. MO #53203
Steven A. Shepherd MO #66222
700 E. 8th St., Suite 300
Kansas City, Missouri 64106
(816) 802-6677
(816) 802-6678 FAX
terry@llckc.com & steve@llckc.com
**ATTORNEYS FOR PLAINTIFF**

Page **1** of **2**

Case 4:14-cv-00388-DW   Document 4   Filed 04/30/14   Page 1 of 2

## NOTIFICATION OF SERVICE

      I hereby certify that the foregoing was served on all parties of record receiving notice via CM/ECF filing on April 30, 2014.

      /s/ Terry L. Lawson, Jr.
      ATTORNEY FOR PLAINTIFF