IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| AMANDA GEHIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 14-CV-00388-DW |
| | ) | |
| v. | ) | |
| | ) | |
| EVANS AND DIXON, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Pursuant to the Plaintiff's Stipulation of Voluntary Dismissal (Doc. 5), it is hereby ORDERED that this case is DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees. The Clerk of Court shall mark this case as closed.

IT IS SO ORDERED.


Date: June 16, 2014                                         /s/ Dean Whipple
                                                            Dean Whipple
                                                            United States District Judge